STATE of Missouri, Respondent,

v.

Michael Gene KELLY, Appellant.

No. WD 34958.

Missouri Court of Appeals,
Western District.

Feb. 7, 1984.

Don Pierce, P.C., Robert D. Colley, St. Joseph, for appellant.

Ronald R. Holliday, Pros. Atty. of Andrew County, Savannah, for respondent.

Before SHANGLER, P.J., and KENNEDY and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from judgment of the Circuit Court of Andrew County in which Appellant was convicted of driving while intoxicated, Section 577.010, RSMo 1978 and driving while his license was suspended, Section 302.321, RSMo 1978.

Affirmed. Rule 30.25(b).